Minute Order Form (rev. 4/99)

AE

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0574 | DATE | DECEMBER 13, 2007 |
| CASE TITLE | US v. SAVERIO BARONE, aka "Pete Barone", et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL AUGUST 2006-2**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**JUDGE CASTILLO**

Docket Entry:

**MAGISTRATE JUDGE KEYS**

BOND SET IN 07 CR 574 TO STAND AS BOND IN THIS INSTANCE AS TO SAVERIO BARONE, ANTHONY LEE, AMIRALI REHMAT, ZULFIKAR REHMAT, and MINAZALI REHMAT. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO LLOYD LEE, KARL OSTLER LEE and KATHREEN YEV JONES.

**FILED**
DEC 1 3 2007   NF

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing | |
| | Notices mailed by judge's staff. | | dpty. initials | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices | | Mailing dpty. initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |