## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 574 - 6 | **DATE** | 1/16/2008 |
| **CASE TITLE** | USA vs. Lloyd Lee | | |

**DOCKET ENTRY TEXT**

Status hearing held in open court on 1/16/2008. The Court enters a plea of not guilty on behalf of defendant Lloyd Lee. Change of plea hearing set for 2/29/2008 at 12:00 p.m. From today's date until 2/29/2008 is excluded pursuant to 18 U.S.C. 3161(h)(8)(A)(B). (X-T).

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | RO |
|---|---|---|