# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 574 - 6 | **DATE** | 1/16/2008 |
| **CASE TITLE** | USA vs. Lloyd Lee | | |

**DOCKET ENTRY TEXT**

Arraignment hearing held on 1/16/2008. Defendant appeared and waived formal reading of the Superseding Indictment. Plea hearing set for 1/16/2008 at 2:00 p.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | RO |
|---|---|---|