# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 574 - 6 | **DATE** | 4/22/2008 |
| **CASE TITLE** |  | USA vs. Lloyd Lee | |

**DOCKET ENTRY TEXT**

Change of plea hearing held on 4/22/2008. Defendant appeared and entered a plea of guilty to Count Five of the Superseding Indictment. The Court finds the defendant is competent to plead, the plea is voluntary, and there is a factual basis for the plea. Enter judgment of guilty on Count Five of the Superseding Indictment. Enter Plea Agreement. Cause referred to the Probation Dept. for a presentence investigation. Sentencing set for 10/22/2008 at 1:00 p.m.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | RO |
|---|---|---|