UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 07 CR 574-6 |
| vs. | ) | Judge Rubin Castillo |
| | ) | |
| LLOYD LEE | ) | |

**AGREED MOTION TO DELAY SENTENCING
AND UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND**

Defendant Lloyd Lee, by his undersigned attorneys, hereby moves this Court to defer sentencing and to amend its Order Setting Conditions of Release so as to allow Dr. Lee to attend a professional conference in France. In support of this Motion, Dr. Lee states as follows:

1. Pursuant to a plea agreement, Defendant entered a plea of guilty in this case on April 22, 2008. [Docket #67.] The Court set sentencing for October 22, 2008. [*Id.*]

2. Since April 22, 2008, many of the seven co-defendants have entered into or are currently negotiating plea agreements with the government. For example, the Court accepted and entered a plea of guilty by Defendant Rehmat on June 10, 2008. [Docket #73.] At that time the Court deferred setting a sentencing date for Defendant Rehmat. In addition, a change of plea hearing is set for Defendant Anthony Lee on August 20, 2008, a date on which the Court will also be advised of the status of three additional defendants. [Docket #79, 80.]

3. Given the status of the various co-defendants and to make for efficient sentencing hearings, the government and Defendant Lloyd Lee agree that the sentencing

date of October 22, 2008 should be stricken and ask that the Court defer setting a sentencing date for Defendant Lloyd Lee at this time.

4.      Independently, Dr. Lee is requesting the Court's permission to travel to Pau, France to attend the 18th European Conference on Thermophysical Properties, to which he submitted a paper that was accepted for oral presentation. *See* Exhibit A. In its Order Setting Conditions of Release, the Court imposed no travel restrictions on Dr. Lee other than the surrender of his passport to Pre-Trial Services. [Docket #46.] If the Court grants Dr. Lee's request, he would depart Los Angeles for France on August 28, and return on September 6, 2008. Dr. Lee will report his itinerary to Pre-Trial Services and abide by any other conditions the Court sees fit to impose. The government does not oppose this request.

WHEREFORE, for the foregoing reasons, Defendant Lloyd Lee respectfully requests that the Court: (1) strike the October 22, 2008 sentencing date and defer sentencing at this time; (2) enter an Order modifying the conditions of release and directing Pre-Trial Services to return the Defendant's passport so that he may travel to Pau, France from August 28 through September 6, 2008; and (3) impose such other conditions as the Court sees fit.

Dated: August 11, 2008                                  Respectfully submitted,

                                                        LLOYD LEE


                                        By:     /s/ William P. Ziegelmueller
                                                One of his attorneys

Joseph J. Duffy
William P. Ziegelmueller
STETLER & DUFFY, LTD.
11 S. LaSalle St., Ste 1200
Chicago, IL 60603
(312) 338-0200