EX A

**Acceptation letter**
18th European Conference on Thermophysical Properties
Pau, France 31 Aug-4 Sep 2008

**Prof Lloyd Lee**
California State Polytechnic University
Chemical Engineering
Bldg. 17-2114
3801 W. Temple Avenue
California State Polytechnic University
POMONA, CA 91768 USA
United States of America

August 2008

## Abstract no. and Title:

*71 - A Thermodynamically Consistent Formulation for the Structure and Properties of Ionic Solutions -
Accepted as Oral.*

## Re.: ACCEPTATION LETTER

On behalf of the Organizing Committee, I thank you for submitting the listed above paper(s) for consideration in our conference.

I am pleased to inform you that your paper(s) has been accepted for presentation at the "18th European Conference on Thermophysical Properties" held in Pau (France), 31 August - 4 September 2008.

Information about travel and the technical program is available on the ECTP-18 website: http://ectp.univ-pau.fr/.

I am looking forward to meeting you in Pau.


Yours sincerely,

Prof. J.L. Daridon
Chairman





18th ECTP PAU 2008

European Conference on Thermophysical Properties

August 31 – September 4, 2008
Pau (France)

PRELIMINARY ANNOUNCEMENT

http://ectp.univ-pau.fr

Conception : Direction de la communication - Comité de reprographie - UPPA - Maquette disponible en version française

## Mailing Address

European Conference on
Thermophysical Properties
Laboratory of Complex Fluids
BP 1155
64013 Pau Cedex - France
Fax : 33 5 59 40 76 95
Email : ectp@univ-pau.fr

## Conference Site

The city of Pau is located in the south-west part of France, 80 km inland, by the Pyrénées mountains, the natural border with Spain. Pau, the capital of the Béarn, is the most elegant of the towns and cities that overlook the Pyrénées from their vantage point on the high bluffs that run parallel with the mountains.

Pau is chiefly famous as the birthplace of King Henry IV, France's first Protestant king. As soon as the infant was born, his lips were smeared with garlic and local Jurançon wine, in keeping with the traditional custom. After a taste of Jurançon with Foie Gras and local cheese, you will have the opportunity to visit Henri IV's Chateau, first remodeled in the 14th century for the ruler of Béarn, Gaston Phoebus. You may also stroll along the Boulevard des Pyrénées, a remarkable 1.5 km long road along the edge of the cliffs on which Pau is built where you can get a breathtaking view on the Pyrénées. This friendly and cosmopolitan city offers also a pleasant location from which to explore Aquitaine region.

## Transportation

Pau lies on the A64 highway and on the main east-west rail route, with connections to Bayonne and Biarritz (100 km) and Spain (150 km) to the west, Lourdes (40 km) and Toulouse (200 km) to the east, as well as to Bordeaux (200 km) and Paris (800 km) to the north.
It is easily reachable by airplanes and trains.

• Pau international airport :
9 daily Air France flights from Paris.
3 daily Air France flights from Lyon.
1 daily flight from London-Stansted with Ryanair (UK) and Amsterdam-Schiphol with Transavia (NL).
• Tarbes-Lourdes international airport (40 km from Pau):
3 daily Air France flights from Paris
• Trains :
3 daily TGV (high-speed) trains from Paris (5 hours)

## Contact and Further Information

All information on the conference is available on the web at :
http://ectp.univ-pau.fr








## About the Conference

This will be the 18th edition of a conference on thermophysical properties that has been organized in Europe since 1968

| | | | | | | |
|---|---|---|---|---|---|---|
| 1968 | Baden-Baden | Germany | | 1986 | Rome | Italy |
| 1970 | Salford | United Kingdom | | 1988 | Umea | Sweden |
| 1972 | Turin | Italy | | 1990 | Vienna | Austria |
| 1974 | Orleans | France | | 1993 | Lisbon | Portugal |
| 1976 | Moscow | Russia | | 1996 | Lyon | France |
| 1978 | Dubrovnik | Yugoslavia | | 1999 | Würzburg | Germany |
| 1980 | Antwerpen | Belgium | | 2002 | London | United Kingdom |
| 1982 | Baden-Baden | Germany | | 2005 | Bratislava | Slovakia |
| 1984 | Manchester | United Kingdom | | | | |

In 2008, the conference will be held in Pau (France). It will be co-organised by the Laboratory of Complex Fluids of the University of Pau, which will be responsible for the scientific program regarding the fluids, and the Institute of Physics, Slovak Academy of Sciences in Bratislava together with the Constantine the Philosopher University in Nitra which will be responsible for the solids.

The conference will include invited lectures, oral presentations, poster sessions and workshops on specialized topics. The ECTP Award for lifetime achievements and the ECTP-Netzsch Young Scientist Award will be presented during the event. An exhibition of scientific equipment will be held during the conference.

## Scope of the Conference

The objective of the conference is to provide a forum for academic and industrial researchers to meet and exchange valuable experiences in the field of thermophysical properties of a wide variety of systems covering fluids and solids.

The conference concentrates mainly on measurement, theory and modeling of the following properties : thermal conductivity, diffusivity, electrical conductivity, viscosity and non-Newtonian properties, mass-diffusion and thermo-diffusion, optical and radiative properties including emissivity, reflectivity and absorptivity, solubility, phase equilibrium including liquid - solid, calorimetric and volumetric properties, speed of sound, interfacial properties including solid-solid and wettability,

and materials including :

metals and alloys, ceramics, glasses, composites, multi-functional materials, superconductor, insulation materials, porous materials, granular and thin-film materials, foams, gels, emulsions, soft materials, nano-materials, near critical and super critical fluids, polymers, food and biomaterials, environmentally friendly fluids, aqueous systems, petroleum fluids, ionic liquids, molten salt and others.

with a special focus on :

standard data and standard materials, measuring techniques (including methodology of data evaluation and prediction) and engineering applications (polymerisation, casting, sintering, plasma spraying, distillation, refrigerant techniques, thermoelectric cooling, insulation structures in civil engineering, etc.).

## Organizing Committee

| | | |
|---|---|---|
| J.C. Batsale | University of Bordeaux I | France |
| A. Baylaucq | University of Pau | France |
| C. Boned | University of Pau | France |
| H. Carrier | University of Pau | France |
| J. L. Daridon, Chairman | University of Pau | France |
| L. Kubičár | Slovak Academy of Sciences, Bratislava | Slovakia |
| I. Medved' | Constantine the Philosopher University in Nitra | Slovakia |
| J. Pauly | University of Pau | France |
| L. Vozár | Constantine the Philosopher University in Nitra | Slovakia |

## ECTP – International Organizing Committee Members

| | | |
|---|---|---|
| J.C. Batsale | (France) | |
| H. Bauer | (Germany) | |
| J. L. Daridon, Chairman | (France) | |
| V. E. Fortov | (Russia) | |
| J. Fricke | (Germany) | |
| W. M. Haynes | (USA) | |
| L. Kubičár | (Slovakia) | |
| K. D. Maglic | (Serbia) | |
| A. Nagashima | (Japan) | |
| W. Neumann | (Austria) | |
| C. Nieto de Castro | (Portugal) | |
| F. Righini, Secretary | (Italy) | |
| J. F. Sacadura | (France) | |
| W. A. Wakeham | (United Kingdom) | |

## Program

| | | |
|---|---|---|
| Sunday evening, | | registration and welcome reception |
| Monday, | August 31st, 2008 | opening / scientific sessions |
| Tuesday, | September 1st, 2008 | scientific sessions / gala dinner |
| Wednesday, | September 2nd, 2008 | scientific sessions |
| Thursday morning, | September 3rd, 2008 | scientific sessions / closing |
| | September 4th, 2008 | |

## Important Dates, Publications

| | |
|---|---|
| abstract submission | January 31st, 2008 |
| notification of acceptance | March 31st, 2008 |
| submission of full paper | May 31st, 2008 |
| registration | June 15th, 2008 |

Authors are expected to submit a full manuscript of their contribution by the indicated deadline. All received manuscripts (not refereed) will be collected in a CD-ROM to be given to the attendees at the event. Following the conference, authors will be invited to submit their manuscripts to some mainstream journals in thermophysics, that are presently being contacted. Agreement with the editors of International Journal of Thermophysics and High Temperatures – High Pressures have already been reached. Papers accepted after peer review will be published in Special issues of these journals.