UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 07 CR 574-6 |
| vs. | ) | Judge Rubin Castillo |
| | ) | |
| LLOYD LEE | ) | |

### NOTICE OF MOTION

TO:   Carolyn F. McNiven, AUSA
       219 S. Dearborn, Room 500
       Chicago, IL 60604

　　　PLEASE TAKE NOTICE that on Tuesday, August 19, at 9:45 a.m., we shall appear before the Honorable Ruben Castillo, in Room 2141 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present **Agreed Motion to Delay Sentencing and Unopposed Motion to Modify Conditions of Bond**, a copy of which is hereby served upon you.

### CERTIFICATE OF SERVICE

　　　I, William P. Ziegelmueller, an attorney, certify that I caused copies of the **Notice of Motion**, and **Agreed Motion to Delay Sentencing and Unopposed Motion to Modify Conditions of Bond,** to be filed with the Clerk of the Court and served via the Court's CM/ECF System on the above named this 11th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William P. Ziegelmueller

Joseph J. Duffy
William P. Ziegelmuller
STETLER & DUFFY, LTD.
11 South LaSalle Street
Suite 1200
Chicago, Illinois  60603
Tel.:   312-338-0200
Fax:   312-338-0070