UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:07−cr−00574
Honorable Ruben Castillo

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

MINUTE entry before the Honorable Ruben Castillo as to defendant Lloyd Lee :Defendant Lloyd Lee's agreed motion to delay sentencing and unopposed motion to modify conditions of bond [81] is granted. Sentencing reset to 1/14/2009 at 1:00 PM. Sentencing set for 10/22/2008 is vacated. Defendant Lee's bond is modified as follows: Pretrial Services is directed to return defendant's passport so that he may travel to Pau, France from August 28 through September 6, 2008. Defendant should submit an itinerary to Pretrial Services and abide by all other conditions of his bond. Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.